USA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ04117 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Javier ARENAS-Avila, ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Unlawful Aliens |
| Defendant. ) | Without Presentation |
| ) | |

The undersigned complainant being duly sworn states:

On or about October 12, 2021, within the Southern District of California, Defendant, Javier ARENAS-Avila, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, Blanca Almanely SUAREZ-Lorenzo and Juan CARMONA-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th day of October 2021.

_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Blanca Almanely SUAREZ-Lorenzo and Juan CARMONA-Flores are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 12, 2021, at approximately 9:45 A.M., Javier ARENAS-Avila (Defendant), a United States citizen, applied for entry into the United States from Mexico at the San Ysidro, Port of Entry vehicle primary lanes as the driver of a 2017 Mazda 3 bearing Mexican license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant stated he was going to San Ysidro, California with nothing to declare. The CBP Officer noticed the rear side of the vehicle was sitting low, and the rear tire well fender was very close to the top of the tire. The CBP Officer proceeded to inspect the vehicle by pulling down the rear back seat on the driver's side and discovered two unknown individuals concealed in the trunk of the vehicle. The Defendant was secured and escorted to secondary inspection. The vehicle was referred to secondary for further inspection.

In secondary, CBP Officers assisted and removed two individuals out of the trunk. The individuals were later identified as Blanca Almanely SUAREZ-Lorenzo (MW1) and Juan CARMONA-Flores (MW2), determined to be citizens of Mexico without documents to enter the United States and are now held as Material Witnesses.

On October 12, 2021, at approximately 11:25 A.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant denied knowledge of the individuals concealed in the vehicle he was driving. Defendant stated he inquired about a job opportunity on a Facebook advertisement that consisted of transporting monetary instrument from United States into Mexico.

Defendant stated he crossed the US/Mexico border approximately 3 to 4 times, during the past week and a half. Defendant stated on October 11, 2021, he successfully crossed into the U.S, and received $700 USD as his monetary payment for transporting money from U.S into Mexico. Defendant stated he made $2000 aggregated within a week and a half span of successfully crossing the border into the Unites States.

Defendant stated he was going to the shopping center to exchange shoes and to pick up money afterwards to deliver to Tijuana, Mexico. Defendant stated he was going to get paid about $500 US dollars or 10 percent of the amount that he was going to transport.

A video-recorded interview was conducted with MW1. MW1 stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. MW1 stated a family member made the smuggling arrangements and he was going to pay $8,000 U.S dollars upon successful entry. MW1 stated he was going to Los Angeles.

A video-recorded interview was conducted with MW2. MW2 stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. MW2 stated her boyfriend made the smuggling arrangements and was going to pay $8,000 US dollars upon successful entry. MW2 stated she was going to Los Angeles.